IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | CRIMINAL ACTION NO. |
| v.                          ) | 2:16cr346-MHT |
| ) | (WO) |
| ANGELO TYRONE COOPER        ) | |

OPINION AND ORDER

Defendant Angelo Tyrone Cooper was charged with possession of a firearm after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(g)(1).  The question before the court is whether Cooper has the mental capacity to stand trial, that is, whether he is currently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is not able to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  See 18 U.S.C. § 4241(a).  Based on the evidence presented during the hearing on October 21, 2016, the

court finds that he has the mental capacity to stand trial.

The question of Cooper's competence to stand trial was first raised by Cooper's counsel, who requested an examination to determine whether he was competent.  The magistrate judge granted this request and ordered a psychological evaluation.  The evaluation was performed by Dr. Judith Campbell, a forensic psychologist, at the Federal Medical Center in Lexington, Kentucky.  See 18 U.S.C. §§ 4241(b) & 4247(b).  On September 27, 2016, she submitted her findings in a report.

Dr. Campbell's report concluded that Cooper "is not suffering from a mental condition which prevents him from proceeding competently to trial."  Psychological Evaluation by Judith Campbell, Ph.D. (doc. no. 24), at 10.  In support of this conclusion, Dr. Campbell reported that Cooper was able to identify the nature of the charges against him and the possible outcomes of his pending prosecution.  He also was able to describe how he could

2

help his attorney in formulating a defense. Further, Cooper's intelligence test scores were within the average range in all categories. In short, the examination revealed nothing that would lead the court reasonably to question Cooper's competency to stand trial.

During the October 21 hearing, defense counsel submitted a psychiatric report by Dr. Kale Kirkland under seal and conceded that Cooper was competent to stand trial. Dr. Kirkland also concluded that Cooper is competent to stand trial: according to the report, Cooper has "relatively intact cognitive skills, with an adequate factual and rational knowledge of court proceedings and of the facts related to his specific case," and "his mental health problems do not seem to be impeding his ability to consult with his attorney at this time." Psychological Evaluation by Kale Kirkland, Ph.D. (Def. Ex. 1), at 7. In particular, Dr. Kirkland found that even though Cooper had a long history of paranoia, delusions, and hallucinations during periods of mania and

3

cocaine intoxication, he is no longer suffering from mania and psychosis.  Dr. Kirkland also found that Cooper's thought processes and memory were adequate.  Dr. Kirkland attributed Cooper's stabilization to medication and abstinence from drug use.

Therefore, based upon the psychological evaluations by Dr. Campbell an Dr. Kirkland, and pursuant to 18 U.S.C. § 4241(a), the court concludes that Cooper is not currently suffering from a mental disease or defect such that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

***

Accordingly, it is ORDERED that defendant Angelo Tyrone Cooper is declared mentally competent to stand trial in this case.

DONE, this the 31st day of October, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE